IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JAN OATES, )
　)
　　　　　Plaintiff, )
　)
v. ) No. 23-00089-CV-W-BP
　)
EMPOWER RETIREMENT LLC, )
　)
　　　　　Defendant. )

# JUDGMENT IN A CIVIL CASE

___ **Jury Verdict**.　This action came before the Court for a trial by jury.　The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**　This action came before the Court.　The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**
　　　Pursuant to the Order filed on January 31, 2024 (Doc. 43), the Defendant's motion for

summary judgment is **GRANTED.**


January 31, 2024　　　　　　　　　　　　　　　　Paige Wymore-Wynn
Date　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Shauna Murphy-Carr
　　　　　　　　　　　　　　　　　　　　　　　　　　 (by) Deputy Clerk